# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-0279-PSF-BNB

CLINTON TEAGUE,

    Plaintiff,

v.

JEFF JOHNSON,

    Defendant.

## ORDER

Pursuant to the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby ORDERED that the above-captioned lawsuit is dismissed with prejudice, each side to bear its own attorneys' fees and costs.

Dated:   This 22nd day of June, 2005

                                        s/ Phillip S. Figa

                                        UNITED STATES DISTRICT JUDGE